**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company; and SUPERNAP RENO, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NVLCO STOREY COUNTY, LLC, a foreign limited liability company, SVO NEVADA, LLC, a foreign limited liability company; PSO NEVADA, LLC, a foreign limited liability company; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00508-MMD-CLB<br><br>**ORDER SHORTENING TIME ON DEFENDANT NVLCO STOREY COUNTY, LLC'S MOTION TO VACATE TEMPORARY RESTRAINING ORDER** |

Having considered the Motion for Order Shortening Time on Defendant NVLCO Storey County, LLC's Motion to Vacate Temporary Restraining Order (ECF No. 12) ("Motion"), and good cause appearing,

IT IS HEREBY ORDERED the Motion is GRANTED. Plaintiffs shall have 3 days to file an opposition to Defendant NVLCO Storey County, LLC's ("NVLCO") Motion to Vacate Temporary Restraining Order (ECF No. 11). NVLCO's reply, should it choose to file one, must be filed no later than 1 calendar day after Plaintiffs' response is filed.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: Octobern 25, 2023

1