**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Switch, Ltd. et al.,

          Plaintiff(s),

vs.

NVLCO Storey County LLC, et al.,

          Defendant(s).

Case #3:23-cv-00508_____

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Hafsa Tout_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Steptoe & Johnson LLP
(firm name)

with offices at _____227 West Monroe Street, Suite 4700_____,
(street address)

___Chicago___, Illinois_____ __60606__ ,
(city)                (state)      (zip code)

___(312) 577-1248___, ___htout@steptoe.com___.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___Tract Management Co LP___ to provide legal representation in connection with
[client(s)]

the above entitled case now pending before this Court.

Rev. 5/16

3.    That since _____May 8, 2023_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of Illinois ▼
(state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | May 8, 2023 | 6344398 |
| U.S. Dist. Court for the Northern Dist. of Illinois | September 29, 2023 | |
| U.S. Court of Appeals for the Ninth Circuit | September 29, 2023 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Illinois

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Illinois__ )
)
COUNTY OF __Cook__ )

__Hafsa Tout__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__23rd__ day of __October__, __2023__.

_____
Notary Public or Clerk of Court

Official Seal
MARGARET E GOGO
Notary Public, State of Illinois
Commission No. 899005
My Commission Expires August 31, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___E. Leif Reid___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__One E. Liberty St., Suite 300__,
(street address)

__Reno__, __Nevada__, __89501__,
(city)    (state)    (zip code)

__(775) 823-2900__, __LReid@lewisroca.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___E. Leif Reid_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)    NVLCO Storey County, LLC
Jessica Bennett, Chief Legal Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
5750                           LReid@lewisroca.com
Bar number                     Email address

APPROVED:

Dated: this __1st__ day of ___November___, 20 _23_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/20/2023

Re: Hafsa Walid Tout
    Attorney No. 6344398

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Hafsa Walid Tout was admitted to practice law in Illinois on 5/8/2023; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____

Andrew Oliva
Registrar