**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Switch, Ltd. et al

               Plaintiff(s),

    vs.

NVLCO Storey County, LLC et al

           Defendant(s).

Case #3:23-cv-00508

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael Dockterman_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Steptoe & Johnson LLP
_____
(firm name)

with offices at _____227 West Monroe Street, Suite 4700_____,
                      (street address)

_____Chicago_____, _____Illinois_____, ___60606___,
    (city)             (state)          (zip code)

___(312) 577 -1243___, ___mdockterman@steptoe.com___.
(area code + telephone number)     (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

____Tract Management Co LP____ to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____November 3, 1978_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2                                                    Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

Illinois

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Illinois_____ )
                              )
COUNTY OF _____Cook_____ )

_____Michael Dockterman_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_20th_ day of _October_, _2023_.

_____
Notary Public or Clerk of Court

Official Seal
MARGARET E GOGO
Notary Public, State of Illinois
Commission No. 899005
My Commission Expires August 31, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _E. Leif Reid_,
                                                                                  (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

One East Liberty Street, Suite 300
_____,
(street address)

_____Reno_____, _____Nevada_____, _89501_,
(city)            (state)         (zip code)

_(775) 823-2900_, _LReid@lewisroca.com_.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___E. Leif Reid___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)  NVLCO Storey County, LLC
Jessica Bennett, Chief Legal Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
5750                    LReid@lewisroca.com
Bar number              Email address

APPROVED:

Dated: this _1st_ day of _November_, 20 _23_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Attachment A**

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of the United States | May 18, 1992 | 197398 |
| Supreme Court of Illinois | November 3, 1978 | 3121675 |
| United States District Court for the Northern District of Illinois | December 14, 1978 | N/A |
| United States District Court for the Central District of Illinois | October 6, 1988 | N/A |
| United States District Court for the Southern District of Illinois | September 24, 1991 | N/A |
| United States District Court for the Eastern District of Michigan | September 15, 1986 | N/A |
| United States District Court for the Western District of Michigan | August 7, 1995 | N/A |
| United States District Court for the Eastern District of Missouri | December 17, 1996 | N/A |
| United States District Court for the Eastern District of Wisconsin | February 5, 2010 | N/A |
| United States District Court for the Eastern District of Texas | January 17, 2017 | N/A |
| United States District Court for the District of Colorado | May 24, 2022 | N/A |
| United States Court of Appeals for the First Circuit | July 3, 2014 | 1163895 |
| United States Court of Appeals for the Second Circuit | December 30, 1993 | N/A |
| United States Court of Appeals for the Fourth Circuit | July 30, 1990 | N/A |
| United States Court of Appeals for the Fifth Circuit | June 23, 2022 | N/A |
| United States Court of Appeals for the Sixth Circuit | March 26, 1990 | N/A |
| United States Court of Appeals for the Seventh Circuit | December 27, 1978 | N/A |
| United States Court of Appeals for the Ninth Circuit | June 15, 2004 | N/A |
| United States Court of Appeals for the Federal Circuit | April 17, 1990 | N/A |

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Robert Dockterman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/03/1978 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 31st day of October, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois